STEVEN KESTEN, ESQ. (SBN 152376)
Kesten-Law
101 Lucas Valley Road, Suite 273
San Rafael, California 94901
Phone: (415) 457-2668
Fax:    (888) 619-3210

STEVEN E. SATTLER (SBN 112891)
448 Ignacio Boulevard, #258
Novato, CA 94949
Tel. (415) 279-6671
Fax (415) 897-7417

Attorneys for Plaintiff JENNIFER VENEZIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JENNIFER VENEZIA<br><br>    Plaintiff,<br><br>vs.<br><br>MUIR WOOD ADOLESCENT & FAMILY SERVICES, LLC; MUIR WOOD, LLC; SCOTT SOWLE, INDIVIDUALLY and DOING BUSINESS AS MUIR WOOD ADOLESCENT AND FAMILY SERVICES; BRYAN BOWEN INDIVIDUALLY and DOING BUSINESS AS MUIR WOOD ADOLESCENT AND FAMILY SERVICES; and DOES ONE THROUGH TWENTY;<br><br>    Defendants. | **Case No.: 3:19-cv-06760-PJH**<br><br>[*Removed from Marin County Superior Court Civil Case No.: CIV 1903451*]<br><br>ORDER ~~STIPULATION~~ TO CONTINUE HEARING, RESPONSE AND REPLY DATES REGARDING DEFENDANTS MOTIONS TO DISMISS<br><br>Hearing: December 4, 2019<br>Time:  9:00am<br>Courtroom: Oakland Courthouse<br>           Courtroom 3 – 3rd Floor<br>Judge: Hon. Phyllis J. Hamilton<br><br><br>Removal Date:    October 18, 2019 |

ORDER ~~STIPULATION~~ TO CONTINUE HEARING, RESPONSE AND REPLY DATES REGARDING DEFENDANTS MOTIONS TO DISMISS

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel that:

The hearings on the four Motions to Dismiss filed on behalf of defendants MUIR WOOD ADOLESCENT & FAMILY SERVICES LLC, MUIR WOOD LLC, SCOTT SOWLE, and BRYAN BOWEN shall be continued from December 4, 2019 to December 11, 2019 at 9:00am in Courtroom 3;

Plaintiff's Responses to those Motions to dismiss shall be due on November 15, 2019 and defendants Replies shall be due November 22, 2019.

Dated: November 6, 2019          // Vincent J. Adams //
                                  Vincent J. Adams
                                  Attorney for Defendants Muir Wood Adolescent &
                                  Family Services LLC,  Muir Wood LLC, Bryan
                                  Bowen and Scott Sowle

Dated: November 6, 2019          // Steven E. Sattler //
                                  Steven E. Sattler
                                  Attorney for Plaintiff Jennifer Venezia

IT IS SO ORDERED.

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: _____11/08/2019_____     _____
                                          Hon. Phyllis J. Hamilton

ORDER ~~STIPULATION~~ TO CONTINUE HEARING, RESPONSE AND REPLY DATES REGARDING DEFENDANTS MOTIONS TO DISMISS